**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEVIN O'CONNOR, derivatively on behalf of DENTSPLY SIRONA INC.,

Plaintiff,

v.

SIMON D. CAMPION, GLENN G. COLEMAN, ANDREAS G. FRANK, GREGORY T. LUCIER, WILLIE A. DEESE, BRIAN T. GLADDEN, BETSY D. HOLDEN, CLYDE R. HOSEIN, JONATHAN J. MAZELSKY, LESLIE F. VARON, JANET S. VERGIS, DOROTHEA WENZEL, ERIC K. BRANDT, HARRY M. JANSEN KRAEMER JR., and JOHN P. GROETELAARS,

Defendants,

and

DENTSPLY SIRONA INC.,

Nominal Defendant.

Civil Action No. 1:25-cv-02246-JLR

Hon. Jennifer L. Rochon

**STIPULATION AND ORDER CONSOLIDATING RELATED STOCKHOLDER DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND STAYING CONSOLIDATED ACTION**

*[Caption continued on next page]*

WILLIAM ANDREOTTI, derivatively on behalf of DENTSPLY SIRONA INC.,

Plaintiff,

v.

SIMON D. CAMPION, GLENN G. COLEMAN, ANDREAS G. FRANK, GREGORY T. LUCIER, WILLIE A. DEESE, BRIAN T. GLADDEN, BETSY D. HOLDEN, CLYDE R. HOSEIN, JONATHAN J. MAZELSKY, LESLIE F. VARON, JANET S. VERGIS, DOROTHEA WENZEL, ERIC K. BRANDT, HARRY M. JANSEN KRAEMER JR., and JOHN P. GROETELAARS,

Defendants,

and

DENTSPLY SIRONA INC.,

Nominal Defendant.

Civil Action No. 1:25-CV-02931-PKC

**WHEREAS**, on November 26, 2024, a putative securities class action now captioned *In re Dentsply Sirona, Inc. Securities Litigation*, Case No. 1:24-cv-09083-NRB (the "Securities Class Action") was filed in this Court against Dentsply Sirona Inc. ("Dentsply" or the "Company") and certain of its current and former officers, alleging violations of federal securities laws;

**WHEREAS**, on March 12, 2025, this Court entered the operative scheduling order in the Securities Class Action, providing the lead plaintiffs in that action will file a consolidated amended complaint by May 9, 2025;

**WHEREAS**, on March 18, 2025, Plaintiff Kevin O'Connor filed a verified stockholder derivative complaint on behalf of Dentsply in this Court against certain of its current and former officers and directors, alleging violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), breaches of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets, captioned *O'Connor v. Campion, et al.*, Case No. 1:25-cv-02246-JLR (the *O'Connor* Action");

**WHEREAS**, on April 9, 2025, Plaintiff William Andreotti filed a stockholder derivative complaint on behalf of Dentsply in this Court against certain of its current and former officers and directors alleging substantially similar claims as the *O'Connor* Action, captioned *Andreotti v. Campion, et al*, Case No. 1:25-CV-02931 (the "*Andreotti* Action" and together with the *O'Connor* Action, the "Related Derivative Actions");

**WHEREAS**, the operative scheduling order in the Securities Class Action provides that defendants in that action will respond to the consolidated amended complaint in that action by July 8, 2025;

**WHEREAS**, defendants in the Securities Class Action anticipate moving to dismiss the consolidated amended complaint in that action, the outcome of which may be informative to the litigation of the Related Derivative Actions in light of the overlap between the facts and circumstances alleged in the Related Derivative Actions and the Securities Class Action, including the relevance of many of the same documents and witnesses;

**WHEREAS**, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

**WHEREAS**, the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact;

**WHEREAS**, the administration of justice would best be served by consolidating the Related Derivative Actions under Fed. R. Civ. P. 42(a) for all purposes, including pre-trial proceedings and trial, into a single consolidated action under Lead Case No. 1:25-cv-02246-JLR (hereinafter referred to as the "Consolidated Derivative Action");

**WHEREAS**, in order to realize efficiencies made possible by consolidation of the Related Derivative Actions, plaintiffs agree that Levi & Korsinsky, LLP and Rowley Law PLLC, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as co-lead counsel for plaintiffs in the consolidated derivative action ("Co-Lead Counsel");

**WHEREAS**, the Company agrees that the Related Derivative Actions should be consolidated and takes no position on the appointment of Co-Lead Counsel for plaintiffs;

**WHEREAS**, in order to ensure economy of time and effort for the Court, for counsel, and for litigants, the undersigned parties agree that, in light of the overlap between the Related Derivative Actions and the Securities Class Action, the Consolidated Derivative Action should be temporarily stayed on the terms set forth below.

**IT IS HEREBY STIPULATED AND AGREED** among the parties, and respectfully submitted for the Court's approval, as follows:

1. The Related Derivative Actions are hereby consolidated for all purposed, including pre-trial proceedings and trial, under the first-filed Lead Case No. 1:25-cv-02246-JLR:

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *O'Connor v. Campion, et al.* | 1:25-cv-02246-JLR | March 18, 2025 |
| *Andreotti v. Campion, et al.* | 1:29-cv-02931-PKC | April 9, 2025 |

2. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE DENTSPLY SIRONA INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 1:25-cv-02246-JLR<br>(Consolidated) |
| This Document Relates to:<br>ALL ACTIONS | |

3. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Lead Case No. 1:25-cv-02246-JLR. All documents previously filed and/or served in the Related Derivative Actions shall be deemed part of the record in the Consolidated Derivative Action.

4. Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action ("Plaintiffs") shall be:

**LEVI & KORSINSKY, LLP**
Daniel Tepper
Correy A. Suk
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: 212.363.7500
Fax: 212.363.7171
Email: dtepper@zlk.com
csuk@zlk.com

**ROWLEY LAW PLLC**
Shane Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Facsimile: (914) 301-3514
Email: srowley@rowleylawpllc.com
drl@rowleylawpllc.com

5. Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

7. Counsel for all defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

8. This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Derivative Action, that is

subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part *In re Dentsply Sirona Inc. Stockholder Derivative Litigation*, Lead Case No. 1:25-cv-02246-JLR, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Dentsply Sirona Inc. Stockholder Derivative Litigation*, Lead Case No. 1:25-cv-02246-JLR, and counsel for the parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving Dentsply filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and such shareholder derivative actions shall be consolidated into the Consolidated Derivative Action.

9. Counsel for Dentsply hereby accepts service of the summons and complaint filed in the Related Derivative Actions. Plaintiffs shall within 90 days after the Court's entry of this Stipulation serve the individual defendants with this Stipulation and the Complaints in the Related Derivative Actions to the extent that service is not accepted on their behalf by Dentsply.

10. No defendant in the Related Derivative Action is required to answer, move, or otherwise respond to the complaints filed in the Related Derivative Actions or any subsequently filed consolidated complaint until further order by this Court.

11. The Consolidated Derivative Action shall be stayed upon the Court's endorsement of this Stipulation as an Order of the Court, subject to the conditions discussed herein.

12. Dentsply shall promptly notify Plaintiffs upon becoming aware of any related derivative actions or threatened derivative actions, including, but not limited to, litigation demands ("Related Action"), in any forum that concern the same or similar subject matter as the complaints

in the Consolidated Derivative Action. Dentsply shall promptly notify Plaintiffs in the event any Related Action is not stayed.

13. The undersigned agree that if the complaint in any Related Action is not stayed for at least the same duration and under similar terms as the Action, Plaintiffs may lift the agreed stay upon ten (10) days' notice in writing to the undersigned counsel for Dentsply via email.

14. In the event that Dentsply agrees to terms or conditions in connection with any stipulation, agreement, or motion to stay a related derivative action that are more favorable to the plaintiff(s) therein, Dentsply agrees to meet and confer with Plaintiffs in good faith about appropriate modifications to the terms of this stipulation.

15. The undersigned agree that during the pendency of this stay, Dentsply shall inform Plaintiffs promptly upon the scheduling of any mediation or settlement talks with the plaintiff in the Securities Class Action and shall make a good faith effort to include Plaintiffs in any mediation or settlement talks with the plaintiff in the Securities Class Action. In the event that Dentsply's good faith efforts do not result in including Plaintiffs in the mediation with plaintiff in the Securities Class Action, then Dentsply agrees to mediate in good faith with Plaintiffs in the Consolidated Derivative Action at or about the same time. The parties further agree that Dentsply shall inform Plaintiffs promptly upon the scheduling of any mediation or settlement talks pertaining to any Related Action and shall include Plaintiffs in any such mediation or settlement talks.

16. In the event that Dentsply agrees to produce or is ordered to produce by a court of competent jurisdiction, any documents in the Securities Class Action, any Related Action, or pursuant to any shareholder demand for an inspection of books and records on behalf of Dentsply, then copies of such documents shall be provided to Counsel for Plaintiffs within ten (10) days of

such production, subject to the execution by Plaintiffs of a reasonable confidentiality agreement governing the use and disclosure of these materials.

17. The stay established herein shall terminate upon occurrence of any of: (1) the dismissal of the Securities Class Action, with prejudice, by the Court, and exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Securities Class Action in whole or in part; or (3) any of the parties to this Stipulation has given a ten (10) days' written notice that they no longer consent to the voluntary stay of the Action. The parties shall meet and confer and file with the Court a proposed schedule within twenty (20) days after the occurrence of any of the events above.

18. Notwithstanding the stay of this Action, Plaintiffs may file a consolidated amended complaint; however, defendants to any such consolidated amended complaint need not answer or otherwise respond thereto or to any other complaint or amended complaint that is filed in or consolidated with the Consolidated Derivative Action during the pendency of this stay.

19. This Stipulation and Order shall not prejudice the right of any party to raise any and all arguments, objections, motions, or defenses concerning the claims raised in the Related Derivative Actions.

Dated: April 25, 2025

Respectfully submitted,

**ROWLEY LAW PLLC**

By: /s/ *Shane Rowley*
Shane Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Telephone: (914) 400-1920
Facsimile: (914) 301-3514
Email: srowley@rowleylawpllc.com

drl@rowleylawpllc.com

*Counsel for Plaintiff Kevin O'Connor and [Proposed] Co-Lead Counsel*

Dated: April 25, 2025

**LEVI & KORSINSKY, LLP**

By: /s/ *Daniel Tepper*
Daniel Tepper
Gregory M. Nespole
Correy A. Suk
Sidharth Kakkar
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
Email: dtepper@zlk.com
Email: gnespole@zlk.com
Email: csuk@zlk.com
Email: skakkar@zlk.com

*Counsel for Plaintiff William Andreotti and [Proposed] Co-Lead Counsel*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
Saadia Hashmi
Elizabeth Donohoe
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net
Email: shashmi@thebrownlawfirm.net
Email: edonohoe@thebrownlawfirm.net

*Additional Counsel for Plaintiff William Andreotti*

Dated: April 25, 2025

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ *Roger A. Cooper*
Roger A. Cooper
One Liberty Plaza
New York, NY 10006

Telephone: (212) 225-2283
Email: racooper@cgsh.com

*Counsel for Nominal Defendant Dentsply Sirona, Inc.*

IT IS SO ORDERED this _29th__ day of _____April_____, 2025.

Jennifer Rochon
______________________________
Honorable Jennifer L. Rochon