The parties in *Davis v. Campion* shall confer regarding consolidation and, assuming they agree to consolidation, file a proposed stipulation and order consolidating it with *In re Dentsply Sirona Inc. Stockholder Derivative Litigation*.

Dated: September 24, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

orrick

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142
+1 212 506 5000
**orrick.com**

**William J. Foley**

E wfoley@orrick.com
D +1 212 506 5124
F +1 212 506 5151

September 23, 2026

***Via ECF***

The Honorable Jennifer L. Rochon
United States District Court, Courtroom 20B
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:** ***In re Dentsply Sirona Inc. Stockholder Derivative Litigation*, No. 1:25-cv-02246-JLR (S.D.N.Y.); *Davis v. Campion, et al.*, No. 1:26-cv-07882-JLR (S.D.N.Y.)**

Dear Judge Rochon:

We represent nominal defendant Dentsply Sirona Inc. ("Dentsply" or the "Company") in connection with the above-captioned shareholder derivative actions pending before this Court. As the Court is aware, the first-filed derivative action, *O'Connor v. Campion, et al.*, has been pending since March 18, 2025, and was consolidated with a related action, *Andreotti v. Campion, et al.*, on April 29, 2025, to form the consolidated derivative action, *In re Dentsply Sirona Inc. Stockholder Derivative Litigation* (the "Consolidated Derivative Action"). *See* ECF 6. We write to notify the Court of the recently filed derivative action, captioned *Davis v. Campion, et al.*, which has been accepted as related to this proceeding and assigned to Your Honor, and request that it be consolidated with the Consolidated Derivative Action.

Paragraph 8 of the Court's April 29, 2025 order in the Consolidated Derivative Action provides that any subsequently filed "shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences . . . shall be consolidated into the Consolidated Derivative Action," unless otherwise ordered, and that the "Court requests the assistance of counsel in calling to the attention of the clerk of the Court . . . any case that might properly be consolidated[.]" *See* ECF 6, ¶ 8.[1]

On September 10, 2026, another shareholder filed a derivative action against Dentsply and certain officers and directors in this court (the *Davis* action). This derivative action arises from

[1] In the same April 29, 2025 order, the Court temporarily stayed the Consolidated Derivative Action in light of the related putative securities class action pending before Judge Buchwald, *see In re Dentsply Sirona, Inc. Securities Litigation*, Case No. 1:24-cv-09083-NRB, and on April 15, 2026, the Court further extended the temporary stay of the Consolidated Derivative Action, *see* ECF 23.

the same operative facts as this Consolidated Derivative Action. Indeed, both actions assert claims against 15 of the same defendants for violations of the Securities Exchange Act of 1934, breach of fiduciary duty, and unjust enrichment arising from the Company's acquisition and operation of a clear aligner business known as Byte. Consolidation is thus expressly contemplated by the Court's prior order in the Consolidated Derivative Action and would further promote judicial economy, avoid duplicative litigation, and eliminate the risk of inconsistent rulings. *See* Fed. R. Civ. P. 42(a).

Accordingly, Dentsply respectfully requests that the Court enter an order consolidating the *Davis* action with the Consolidated Derivative Action for all purposes.

Respectfully Submitted,

W Foley

William J. Foley